## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Burke Construction Group, Inc., | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| SBL Associates, LLC; CC Chan Contruction, LLC; and C&H Building Construction, Inc., | ) Case No. 4:15-cv-134 |
| Defendants. | ) |

On November 16, 2015, the court issued an order granting plaintiff's petition to compel arbitration.

Approximately 16 months have passed since the court issues its order. Plaintiff shall submit a status report to the court advising of the present posture of this case by May 26, 2017.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court.